IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY K. WHITT,**                                                   **PETITIONER**
**ADC #158938**

v.                            **Case No. 5:16-cv-00036-KGB**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                 **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 10). Petitioner Gregory K. Whitt has filed objections (Dkt. No. 12). After careful review of the Proposed Findings and Recommendations, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (Dkt. No. 10).

The Court dismisses with prejudice Mr. Whitt's petition for writ of habeas corpus and denies his motion for preliminary injunction and emergency hearing (Dkt. Nos. 2, 7). The relief he requests is denied. The Court also denies as moot all pending motions (Dkt. No. 14). A certificate of appealability is hereby denied, and the Clerk of the Court is directed to modify the docket to reflect that Respondent is Wendy Kelley, Director of the Arkansas Department of Correction.

So ordered this 17th day of March, 2017.

_____
Kristine G. Baker
United States District Judge