IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY K. WHITT,**  **PETITIONER**
**ADC #158938**

v.  Case No. 5:16-cv-00036-KGB

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.  The relief requested is denied.

So adjudged this 17th day of March, 2017.

_____
Kristine G. Baker
United States District Judge